01-15-00303-CR



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:47:32 PM
CHRISTOPHER A. PRINE
Clerk

**JOHN D. KINARD**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

April 02, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2nd floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. GARY LAVERN WYMORE**
**CASE NUMBER: 14CR1334**
**405th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: February 26, 2015**
> **Notice of Appeal: 02/27/2015**
> **Motion for New Trial: N/A**
> **Offense Convicted of: DRIVING WHILE INTOXICATED 3RD OR MORE**
> **Judgment and Sentence: Thirty (30) Years Institutional Division, TDCJ**
> **Trial Judge: Michelle Slaughter**
> **Court Reporter: Carol Castillo**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Brandi Reyes

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

14 – CR – 1334
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1017832



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137


CC: Joseph Kyle Verret, Attorney for Appellant
2029 Strand STE 3
Galveston TX  77550


CC: Carol Castillo, Court Reporter
lexreporting@gmail.com

NO. <u>14CR1334</u>

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 405th JUDICIAL DISTRICT |
| | § | |
| CALVIN JOE MCCOLLOM | § | GALVESTON COUNTY, TEXAS |
| AKA | | |
| GARY LAVERN WYMORE | | |

## <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Calvin Joe McCollom AKA Gary Lavern Wymore, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Calvin Joe McCollom AKA Gary Lavern Wymore.

Respectfully submitted,

Maloney and Parks, LLP
2925 Gulf Fwy Ste. B #295
League City, Texas 77573
Tel: (409) 949-4477
Fax: (866) 838-5656

By:_____
Calvin D. Parks
State Bar No. 24027592
calvinparks@justice.com
Attorney for Calvin Joe McCollom

## CERTIFICATE OF SERVICE

This is to certify that on February 27, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Galveston County, by hand delivery.

Calvin D. Parks